# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Melloy, Michael J. | Eighth Circuit Court of Appeal | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

111 Seventh St. S.E.
Box 22
Cedar Rapids, IA 52401-2101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Iowa Public Employees Retirement System-retirement benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | 06/20/208-06/22/2018 | Denver, Co | Educational Program | Travel, room and meals |
| 2. | National Conference of Bankruptcy Judges | 10/28/2018-11/4/2018 | San Antonio, TX | Educational Program | Travel, room and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life Insurance Company | Policy Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Northwestern Mutual Life Insurance Company-cash values | D | Interest | M | T | | | | | |
| 2. Cedar Rapids Bank and Trust Company-Checking Acct. | A | Interest | J | T | | | | | |
| 3. Vanguard IRA-Emerging Markets Stock Index | A | Dividend | K | T | Buy (add'l) | 02/06/18 | K | | |
| 4. Vanguard IRA-Federated Money Market Fund | A | Dividend | J | T | | | | | |
| 5. Cash in US Bank IRA | A | Interest | | | Merged (with line 4) | 03/20/18 | K | | |
| 6. Vanguard IRA-GNMA Fund | A | Dividend | | | Sold | 07/13/18 | K | B | |
| 7. Vanguard IRA-High Yield Corporate Fund | A | Dividend | L | T | Buy (add'l) | 07/18/18 | K | | |
| 8. Hill Bank and Trust-Money Market Account | A | Interest | J | T | | | | | |
| 9. Mid-America Administrative & Retirement-ALU Fixed Income | A | Interest | K | T | | | | | |
| 10. Vanguard IRA-Target Retirement 2020 | C | Dividend | M | T | Buy (add'l) | 07/13/18 | M | | |
| 11. Exact Sciences Corporation stock in US Bank IRA | A | Dividend | | | Sold | 03/15/18 | L | | |
| 12. Vanguard Money Market Account | A | Int./Div. | K | T | | | | | |
| 13. Exact Sciences stock in Vanguard IRA | A | Dividend | L | T | Buy | 03/16/18 | L | | |
| 14. General Electric Stock held in Vanguard IRA | A | Dividend | | | Buy | 03/21/18 | K | | |
| 15. General Elctric Stock held in Vanguard IRA | A | Dividend | | | Sold | 06/26/18 | K | A | |
| 16. Vanguard Admiral 500 Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 02/06/18 | K | | |
| 17. Vanguard IRA-Target Retirement 2030 Fund | B | Dividend | K | T | Buy | 08/22/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 & 12- I sold the Exact Sciences Stock held in the U.S. Bank IRA and then rolled all the monies in the U.S. Bank IRA over to the Vanguard IRA money market account at Line 4.. I then purchased replacement Exact Sciences Stock in the Vanguard IRA, disclosed at line 14. The U.S. Bank IRA was closed after the rollover in March 2018 and will not appear on next year's report.

Lines 7, 10 and 17. The additions to the Vanguard accounts on these lines in July And August 2018 represent a rollover from my Thrift Savings Account.

Lines 14 and 15. The General Electric stock was purchased and then entirely disposed of during 2018. It will not appear on my 2019 report.

Line 6- The GMNA Fund in the Vanguard IRA waa completely disposed of on July 13, 2018, and will not appear on my 2019 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Melloy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544